NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PATRICIA MICHALSKI, DOC# H36258,　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　　)　　　　Case No. 2D17-1871
　　　　　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Appellee.　　　　　　　　　　　　)
_____)

Opinion filed February 14, 2018.

Appeal from the Circuit Court for Polk
County; Ronald A. Herring, Senior Judge.

Howard L. Dimmig, II, Public Defender,
and Maureen E. Surber, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Linsey
Sims-Bohnenstiehl, Assistant Attorney
General, Tampa, for Appellee.


PER CURIAM.

　　　　　　Affirmed.


KELLY, SALARIO, and BADALAMENTI, JJ., Concur.